**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MALIBU MEDIA, LLC,

               Plaintiff,

                                    Case No. 1:14-cv-05220
                                    Judge Robert W. Gettleman

v.

PETER SATTLER,

               Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff Malibu Media, LLC and Defendant Peter Sattler, subscriber assigned IP address 24.14.38.244, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

      WHEREFORE, Plaintiff and Defendant Peter Sattler respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Peter Sattler's claims against each other, with each party to bear its own attorneys' fees and costs.

      Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

                      Respectfully submitted,


*/s/ Mary K. Schulz*_____
Mary K. Schulz, Esquire
Media Litigation Firm, P.C.
1144 E. State Street
Suite A260
Geneva, IL 60134
Phone: 224-535-9510
medialitigationfirm@gmail.com

/s/ ***Erin Kathryn Russell***_____
Erin Kathryn Russell, Esquire
      The Russell Firm
233 South Wacker Drive
84th Floor
Chicago, IL 60606
312-994-2424
erin@russellfirmchicago.com

*Attorney for Plaintiff*                              *Attorney for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June___, 2015, the foregoing *Stipulation of Dismissal* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By:  /s/ *Mary K. Schulz*_____
Mary K. Schulz

**IN THE UNITED STATES DISTRICT COURT**